**Order filed February 19, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00124-CV
_____

### DATRIL BOSTON, Appellant

### V.

### BRYCE DANIEL, INC. D/B/A FAST & FREE REAL ESTATE, Appellee

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-74789**

## ORDER

Appellant's brief was filed on February 4, 2015. The court has determined that appellant has not properly presented this cause in his brief. First, appellant filed a combined appellant's brief and appellee's brief, in an attempt to respond to appellant's brief in a related appeal docketed under case number 14-14-00764-CV, styled *Edward J. Sherman and Edward J. Sherman Enterprises, Inc. d/b/a Find It Apartment Locators v. Datril Boston and Apartment Express, LLC d/b/a Mr. Day Rents*. These appeals have not been consolidated. Because there are different

parties in the two appeals, consolidation will not be ordered unless good cause is shown.

Moreover, appellant failed to substantially comply with Rule 38.1 of the Texas Rules of Appellate Procedure governing the required contents of appellant's brief. In particular, appellant has failed to state his issues concisely and provide a clear and concise argument for each contention made, with appropriate citations to the record and to authority. Tex. R. App. P. 38.1 (f), (i).

Litigants who appear without counsel must comply with the applicable procedural rules and are held to the same standards that apply to licensed attorneys. *See Mansfield State Bank v. Cohn*, 573 S.W.2d 181, 185 (Tex. 1978); *Steffan v. Steffan*, 29 S.W.3d 627, 631 (Tex. App.—Houston [14th Dist.] 2000, pet. denied).

Pursuant to Rule 38.9(b), the court orders appellant to file an amended appellant's brief in this case complying with the rules of appellate procedure on or before **March 16, 2015**. *See* Tex. R. App. P. 38.9(b). If appellant fails to file an amended brief in compliance with the appellate rules as ordered herein, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally.